UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20087-CIV-GRAHAM/O'SULLIVAN

CAMPERO USA CORP.,

    Plaintiff/Counterclaim Defendant,

v.

STPC PARTNERS, L.P., AND
STPC MANAGEMENT, LLC.,

    Defendants/Counterclaim Plaintiffs
_____/

## ORDER

THIS MATTER came before the Court on a telephonic informal discovery conference on October 2, 2007. Following oral argument by the parties, the Court issued the following ruling:

- The plaintiff's request to have a certain witness sequestered from the deposition of another witness is **DENIED**. Fed. R. Evid. 615 allows for a party to request the exclusion of a witness at trial. Typically, however, deposition witnesses are not subject to the same exclusion. See, Fed. R. Civ. P. 30(c). The request that a witness be excluded from a deposition, does not act to automatically exclude that witness. See, Fed. R. Civ. P. 30(c) advisory committee notes. Under Fed. R. Civ. P. 26(c)(5), the movant must demonstrate the necessity for a protective order. The plaintiff has failed to provide a particular and specific demonstration of fact in support of its request to sequester the subject witness. In re: Terra

<u>International, Inc.</u>, 134 F.3d 302, 306 (5th Cir. 1998).

DONE AND ORDERED, in Chambers, at Miami, Florida, this **2nd** day of October, 2007.

*[signature]*

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Graham
All Counsel of Record